UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| GERARD M. BURTON, | No. 5:22-cv-00302-GJS |
| Plaintiff, | |
| v. | JUDGMENT OF REMAND |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 9, 2022  _____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE