UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

GERARD M. BURTON,

    Plaintiff,

    v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

No. EDCV 22-00302 GJS

ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded to Plaintiff in the amount of FIVE THOUSAND FOUR HUNDRED FIFTY-FOUR DOLLARS 00/100 ($5,400.00), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE:  November 2, 2022

_____
HON. GAIL J. STANDISH,
UNITED STATES MAGISTRATE JUDGE